UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

    - v. -                             :   INDICTMENT

JAVIER ANTONIO SANTOS-FRANCO,           :   07 Cr. ____
    a/k/a "Javier Antonio Santos,"
    a/k/a "Gabriel Ignacio,"         :

                Defendant.              **07 CRIM 819**

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 29 2007

COUNT ONE

The Grand Jury charges:

On or about July 20, 2007, in the Southern District of New York, JAVIER ANTONIO SANTOS-FRANCO, a/k/a "Javier Antonio Santos," a/k/a "Gabriel Ignacio," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about June 10, 1992, in the Superior Court of California, County of Santa Clara, for the transportation and sale of cocaine in violation of California Health and Safety Code, Section 11352(a), and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

    (Title 8, United States Code, Sections 1326(a) and (b)(2).)


_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAVIER ANTONIO SANTOS-FRANCO,
a/k/a "Javier Antonio Santos,
"a/k/a "Gabriel Ignacio,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.